**Opinion issued April 2, 2013**



In The

# Court of Appeals
### For The
# First District of Texas

---

## NO. 01-12-00513-CV

---

### C.S. MARBLE & GRANITE, INC. CLAYTON M. SCHWARZ, INDIVIDUALLY, AND SUZANNE L. SCHWARZ, INDIVIDUALLY, Appellants

### V.

### CIT SMALL BUSINESS LENDING CORPORATION, Appellee

---

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2011-56171**

---

## MEMORANDUM OPINION

Appellants, C.S. Marble & Granite, Inc., Clayton M. Schwarz, and Suzanne L. Schwarz, have neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 (requiring payment of fees in

civil cases unless indigent), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (West Supp. 2012), § 51.941(a) (Vernon 2005), § 101.041 (West Supp. 2012) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). The filing fee was due May 30, 2012. After being notified that this appeal was subject to dismissal, appellants did not respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3 (allowing involuntary dismissal of appeal). Further, appellee has moved to dismiss the appeal for want of prosecution. Appellants did not respond.

We grant the motion and dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Chief Justice Radack and Justices Higley and Brown.